IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOROTA STEFANIAK,<br><br>    Plaintiff,<br><br>  v.<br><br>ENLIVANT; ENLIVANT ES, LLC; ENLIVANT AID ES, LLC; ENLIVANT AID ES II, LLC; ENLIVANT MANAGEMENT CO. LLC; ENLIVANT MASTER MANAGEMENT CO., LLC,<br><br>    Defendants. | CIVIL ACTION<br><br>Case No.: 21-cv-4601<br><br>*Honorable R. Barclay Surrick* |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant Parent BG OPCO TRS, LLC (incorrectly identified in the caption as "Enlivant; Enlivant ES, LLC; Enlivant AID ES, LLC; Enlivant AID ES II, LLC; Enlivant Management Co. LLC; and Enlivant Master Management Co., LLC") ("Defendant"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby makes the following disclosure:

Parent BG OPCO TRS, LLC is a privately-held company and a subsidiary of Uprite BG Co. LLC, a privately-held company. No publicly-held corporation owns 10% or more of Defendant's stock.

2

          Respectfully submitted,

          **OGLETREE, DEAKINS, NASH,**
          **SMOAK & STEWART, P.C.**

          */s/ Jessica M. Bocchinfuso*
          Janice G. Dubler (PA #76578)
          Jessica M. Bocchinfuso (PA #314371)
          1735 Market Street, Suite 3000
          Philadelphia, PA 19103
          (215) 995-2800
          (215) 995-2801 (fax)
          janice.dubler@ogletree.com
          jessica.bocchinfuso@ogletree.com
          *Attorneys for Defendant*

Dated: March 4, 2022